**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RGB PLASTIC, LLC, d/b/a RESTAURANTWARE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PACK, LLC, d/b/a PACK N WOOD,<br><br>Defendant. | ) | Case No.: 14-cv-08744<br>Judge Edmond Chang<br>Jury Demanded |

---

| | |
|---|---|
| FIRST PACK, LLC, d/b/a PACK N WOOD,<br><br>Counterplaintiff,<br><br>v.<br><br>RBG PLASTIC, LLC, d/b/a RESTAURANTWARE,<br><br>Counterdefendant. | ) |

**FIRST PACK'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF FIFTEEN PAGES**

Defendant and Counterplaintiff First Pack, LLC, d/b/a Pack N Wood ("First Pack") hereby seeks leave of Court to file a memorandum in excess of fifteen pages in opposition to the Motion for Preliminary Injunction filed by Plaintiff and Counterdefendant RGB Plastic, LLC, d/b/a Restaurantware ("Restaurantware"). In support of this motion, First Pack states as follows:

1. First Pack's opposition to Restaurantware's Motion for Preliminary Injunction filed on May 4, 2015 requires it to respond to Restaurantware's arguments regarding the likelihood of success on the merits (itself a multi-factor test) by examining each of the seven likelihood of confusion factors.

2. In addition to these already complex issues, First Pack's Opposition contains argument regarding its counterclaim against Restaurantware for fraud on the Trademark Office, filed on May 14, 2015. (Dkt. 57.) This claim is crucial to assessing Restaurantware's likelihood of success on the merits, and First Pack's Opposition includes facts and argument detailing all of Restaurantware's claimed uses in commerce and its misrepresentations to the USPTO.

3. First Pack's Opposition also differs from Restaurantware's motion because it contains facts and argument on the issue of laches.

4. On June 9, 2015, counsel for First Pack conferred with counsel for Restaurantware, who indicated that Restaurantware does not oppose First Pack's request to file an opposition memorandum of up to 30 pages.

5. In light of the complexity of the issues, First Pack's additional arguments regarding its counterclaim and the issue of latches, as well as the overall importance of this motion to the ultimate outcome of this dispute, First Pack believes that a brief in excess of 15 pages is warranted. In addition, a brief in excess of 15 pages will allow a full discussion of the facts and legal issues and is therefore in the best interests of the parties and the Court.

6. First Pack's memorandum in opposition to Restaurantware's Motion for Preliminary Injunction is 26 pages in length, and attached hereto as **Exhibit A**.

WHEREFORE, First Pack respectfully requests that the Court grant this Unopposed Motion for Leave to File a Memorandum in Excess of Fifteen Pages.

Dated: June 9, 2015

Respectfully submitted,

FIRST PACK, LLC

By: /s/ Steven L. Baron

Steven L. Baron (ARDC #6200868)
Catherine L. Gibbons (ARDC #6299851)
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-10