**IN THE UNITED STATES DISTRICT COURT**
**F IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RGB PLASTIC, LLC, d/b/a RESTAURANTWARE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 14-cv-08744 |
| | ) | Judge Edmond Chang |
| FIRST PACK, LLC, d/b/a PACK N WOOD, | ) | Jury Demanded |
| Defendant. | ) | |

---

| | |
|---|---|
| FIRST PACK, LLC, d/b/a PACK N WOOD, | ) |
| Counterplaintiff, | ) |
| v. | ) |
| RBG PLASTIC, LLC, d/b/a RESTAURANTWARE, | ) |
| Counterdefendant. | ) |

**DEFENDANT – COUNTERPLAINTIFF FIRST PACK'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant-Counterplaintiff First Pack, LLC ("First Pack"), pursuant to Local Rules 5.8 and 26.2, respectfully submits this motion for leave to file under seal certain portions of its opposition to plaintiff-counterdefendant RBG Plastic, LLC's motion for preliminary injunction and certain exhibits thereto ("Response"). In support of this motion, First Pack states as follows:

1. Local Rule 26.2(b) provides that the Court "may for good cause shown enter an order directing that one or more documents be filed under seal."

2. On March 13, 2015, this Court granted the parties' agreed motion to enter a stipulated protective order (the "Protective Order"). (Dkt. #26.) Pursuant to that Protective Order, materials designated as Confidential and Highly Confidential by the parties must be filed under seal. (Dkt. #26, ¶ 31(a).)

3. As is relevant here, "Confidential Information" is defined under the Protective Order as that which is not in the public domain and which in the designating party's good faith judgment concerns or relates to (1) personal information, the disclosure of which could violate individual privacy rights; or (2) information that reveals or reflect proprietary or confidential research, commercial, financial, technical, or personnel information, the disclosure of which could adversely affect the competitive advantages or position of a party. (Dkt. #26, ¶ 2.)

4. Certain information and documents cited in First Pack's Response contains material that has been designated as Confidential or Highly Confidential under the Protective Order. First Pack is therefore obligated to keep the information and documents contained therein confidential and to file them under seal.

5. In accordance with the Local Rules of the Northern District of Illinois, First Pack has prepared a public version of its Response bearing redactions and with only the proposed sealed documents to be excluded, including redactions to the Response and Exhibits 1 and sealing of Exhibits 1-A,1-B, 1-F, 1-G, 1-H and 9. First Pack has attached its Response to a companion motion for leave to file brief in excess of fifteen pages and will submit a complete unredacted version to the Court and opposing counsel.

6. The material to be filed under seal is narrowly tailored to include only the above-referenced Confidential or Highly Confidential information and documents cited in or appended to First Pack's response to RBG's motion for preliminary injunction.

WHEREFORE, for the foregoing reasons, First Pack respectfully requests leave to file the above-referenced documents under seal.

Dated: June 9, 2015

Respectfully submitted,

FIRST PACK, LLC

By: /s/ Steven L. Baron
One of its attorneys

Steven L. Baron (ARDC # 6200868)
(sbaron@mandellmenkes.com)
Catherine L. Gibbons (ARDC #6299851)
(cgibbons@mandellmenkes.com)
Mandell Menkes LLC
One North Franklin, Suite 3600
Chicago, Illinois 60606
Telephone: 312-251-1000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served on June 9, 2015 via the Court's CM/ECF system on all counsel of record who have consented to electronic service. Any other counsel of record will be served by electronic mail and regular mail.

/s/ Steven L. Baron